# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **KARLA OVALLE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:25-cv-969-AMM-HNJ |
| | ) |
| **WARDEN BROTON,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report, Doc. 14, on January 23, 2026, recommending that the court deny Petitioner Karla Ovalle's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the Federal Bureau of Prisons' ("BOP") calculation of her earned time credits under the First Step Act ("FSA") and dismiss her claims with prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Ms. Ovalle's Section 2241 petition is due to be denied and her claims are due to be dismissed with prejudice as meritless. A final judgment will be entered.

**DONE** and **ORDERED** this 26th day of February, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE